07-80172.o14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80172-CIV-BROWN

THIS IS A CONSENT CASE

ROYAL INDEMNITY COMPANY,

    Plaintiff,

vs.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER RE: MOTION *IN LIMINE* TO PRECLUDE SPECULATIVE TESTIMONY

**THIS MATTER** is before the Court on Plaintiff's,...Motion *In Limine* to Preclude Speculative Testimony..., (D.E. 142), filed April 7, 2008. The Court has considered the motion, the response, and all pertinent materials in the file.

Speculative testimony is not admissible - and no motion is needed to request its exclusion. To that extent this unnecessary motion could be granted. However, for the reasons stated in the response, such a ruling would have little, if any value.

Therefore, and the Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that this motion be and the same is hereby **DENIED**, without

prejudice to be revisited to the extent necessary at the trial.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of June, 2008.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record